DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO PENA-SORIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 10-0005-EJG |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | DATE: March 5, 2010 |
| ANTONIO PENA-SORIA, | ) | Time: 10:00 a.m. |
| | ) | Judge: Edward J. Garcia |
| Defendant. | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, ANTONIO PENA-SORIA, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, February 12, 2010, be continued to Friday, March 5, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 5, 2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

1

```
DATED: February 16, 2010
                                  Respectfully Submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Dennis S. Waks
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  ANTONIO PENA-SORIA

DATED:  February 16, 2010         BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/  Dennis S. Waks for
                                  MICHAEL ANDERSON
                                  Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: February 18, 2010


         /s/ Edward J. Garcia
         EDWARD J. GARCIA
         United States District Court Judge